JS-6

**UNITED STATES DISTRICT COURT OF CALIFORNIA**

**CENTRAL DISTRICT-SOUTHERN DIVISION**

| | |
|---|---|
| CHERREL LYNN PRESTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, a business organization form unknown, SELECT PORTFOLIO SERVICING INC., a corporation and DOES 1 through 50,<br><br>Defendants. | **U.S.D.C of California Case Number: SACV09-510 JVS (SHx)**<br><br>**Assigned to District Judge James V. Selna**<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On September 14, 2009 at 1:30 p.m. in Courtroom 10C of the United States District Court, Central District, Southern Division located at 411 West Fourth Street, Santa Ana, California 92701, Defendants U.S. BANK NATIONAL ASSOCIATION, as Trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-7 (hereinafter, “U.S. BANK”) and SELECT PORTFOLIO SERVICING, INC., as Servicer and Attorney-in-Fact (hereinafter, “SPS” or collectively, “Defendants”), by and through their counsel of record, Gina L. Albertson of Albertson Law, appeared at the Scheduling

Conference in this matter following Plaintiff CHERREL LYNN PRESTON's (hereinafter, "Plaintiff") failure to file an amended Complaint in Compliance with the Court's Order dated July 22, 2009, in which the Court granted Defendants' Motion for a More Definite Statement pursuant to FRCP 12(e).

At the Scheduling Conference on September 14, 2009, the Court having duly considered the matter, including, but not limited to Plaintiff's failure to amend the Complaint, Plaintiff's failure to submit a joint scheduling conference report, Plaintiff's failure to attend the Scheduling Conference hearing due to Plaintiff's counsel being in Ohio, and the pleadings, oral argument, and all matters pertaining to this action, hereby Orders that this action entitled, CHERREL LYNN PRESTON v. U.S. BANK NATIONAL ASSOCIATION, ET AL., United States District Court, Central District of California Case Number SACV09-510 JVS (SHx) is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: September 18, 2009

The Honorable James V. Selna
Judge, United States District Court of California, Central District-Southern Division

Respectfully submitted,

Gina L. Albertson (SBN 216960)
ALBERTSON LAW
6789 Quail Hill Parkway, #223
Irvine, California 92603
Telephone: (949) 861-3132
Facsimile: (949) 861-8785
galbertson@albertsonlaw.org

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, as Trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-7 and SELECT PORTFOLIO SERVICING, INC., as Servicer and Attorney-in-Fact